MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Puerto Rico | |
|---|---|---|
| Name (under which you were convicted): Leury Mendez-Matos | | Docket or Case No.: |
| Place of Confinement: Oakdale FCI | | Prisoner No.: 23504-069 |
| UNITED STATES OF AMERICA v. LEURY MENDEZ-MATOS | | Movant (include name under which convicted) |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT
   DISTRICT OF PUERTO RICO

   (b) Criminal docket or case number (if you know): 3:13-cr-859-JAF

2. (a) Date of the judgment of conviction (if you know): 2-4-14
   (b) Date of sentencing: 5-6-14

3. Length of sentence: 240 months

4. Nature of crime (all counts):
   21 U.S.C. § 846, Conspiracy to distribute 5 kilo's or more of cocaine.

5. (a) What was your plea? (Check one)
   (1) Not guilty [ ]   (2) Guilty [X]   (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   **N/A**

6. If you went to trial, what kind of trial did you have? (Check one)  N/A  Jury [ ]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes [ ]   No [X]

8. Did you appeal from the judgment of conviction?  Yes [X]   No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: __1ST CIRCUIT COURT OF APPEALS__
   (b) Docket or case number (if you know): __14-1647__
   (c) Result: __dismissed__
   (d) Date of result (if you know): __6-18-15__
   (e) Citation to the case (if you know): __unknown__
   (f) Grounds raised:
   Challenging Govenments failure to file information pursuant to 21 U.S.C. § 851; and challenges the effectiveness of his appeal waiver.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): __N/A__
       (2) Result: __N/A__
       (3) Date of result (if you know): __N/A__
       (4) Citation to the case (if you know): __N/A__
       (5) Grounds raised: __N/A__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __N/A__
        (2) Docket or case number (if you know): __N/A__
        (3) Date of filing (if you know): __N/A__
        (4) Nature of the proceeding: __N/A__
        (5) Grounds raised:
           __N/A__

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    **N/A** Yes ☐    No ☐
    (7) Result: **N/A**
    (8) Date of result (if you know): **N/A**

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: **N/A**
    (2) Docket of case number (if you know): **N/A**
    (3) Date of filing (if you know): **N/A**
    (4) Nature of the proceeding: **N/A**
    (5) Grounds raised:

**N/A**

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    **N/A** Yes ☐    No ☐
    (7) Result: **N/A**
    (8) Date of result (if you know): **N/A**

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition: **N/A** Yes ☐    No ☐
    (2) Second petition: **N/A** Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
    **N/A**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:  Court Appointed Counsel provided Constitutionally Ineffective Assistance by providing deficient and uninformed advice to the Petitioner to plea guilty to charges he was FACTUALLY INNOCENT of.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Court Appointed Counsel failed to perform any meaningful investigation into the Petitioner's Criminal Case nor did she request the Appointment of Experts and Investigators prior to advising the Petitioner to Plea Guilty. This failure by Court Appointed Counsel prejudiced the Petitioner in such a way as to deprive him of his Constitutional Right to adequate and/or Assistance of Counsel. Had the Petitioner been properly advised, he would have proceeded to trial at which no reasonable fact finder would have found him guilty. Had Court Appointed Counsel requested the appointment of Experts and Investigators or performed any reasonable inquiry into the evidence surrounding the Petitioner's Criminal Case, it would have revealed the following:

A) Court Appointed Appellate Counsel was Constitutionally Ineffective as a matter of law by failing to consult with the Petitioner prior to filing a Direct Appeal which ignored obvious appealable issues of merit which resulted in the Petitioner's appeal to fail, TO WIT:

   i) That the Petitioner's conduct did not reach the ESSENTIAL ELEMENTS of the charged offense of Conspiracy to Distribute a Controlled Substance as they relate to FACT and LAW.

   ii) That Trial Counsel provided Constitutionally Ineffective Assistance of Counsel on ALL LEVELS which was even recognized by the Court of Appeals in it's ORDER that identifies Counsel's errors.

   iii) That the Court, at the Change of Plea stage, failed to comply with Rule and/or Law that required that the Court, (1) Determine that a factual basis for plea existed, and (2) advise the Petitioner of ALL waivers of Trial Rights.

**GROUND ONE (a) Continued**

  iv) Still to this day, Court appointed Counsel refuses to provide the Petitioner his complete case/work file and/or Appellate Brief.

 B) Court Appointed Trial Counsel provided Constitutionally Ineffective Assistance by:

  i) Prejudicially failing to hire an Investigator or conduct any investigation, including contacting potential witnesses, to determine if the Petitioner's conduct of being compelled to pilot a boat reached the ESSENTIAL ELEMENTS of Conspiracy to Distribute a Controlled Substance as they relate to FACT and LAW.

  ii) Trial Counsel failed to inform the Petitioner fully of the ACTUAL TERMS of the PLEA AGREEMENT which contained a waiver of Trial Rights; to include and not limited to, the difference between the Standard of Evidence required to determine guilt at trial ("Clear and Convincing") vs. at Plea Agreement ("Perponderance of...'") based upon thorough investigation, the Petitioner was not advised by Counsel of the impact the Trial Waiver could have on the ability to convict a FACTUALLY INNOCENT defendant.

  iii) Trial Counsel failed to provide the Petitioner with a copy of a Plea Agreement printed in his native language by which he could reasonably confirm that he was in fact guilty of what he was pleading guilty to and/or knowingly waiving his Rights to.

  iv) Trial Counsel was completely Ineffective at Guilty Plea negotiations as Petitioner was not properly advised of his Waiver of Rights to include and not limited to: the Extrinsic Waiver of Right to collaterally attack his conviction based upon Ineffective Assistance of Counsel prior to the Plea of Guilty stage, such as failing to investigate the case for possible defenses.

(b) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

     Appellate Counsel did not raise this issue nor did he Consult with the Movant prior to appeal

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: N/A

   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☐   **N/A**

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☐   **N/A**

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐   No ☐   **N/A**

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: N/A

   Docket or case number (if you know): N/A

   Date of the court's decision: N/A

   Result (attach a copy of the court's opinion or order, if available): N/A

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

GROUND TWO: The Petitioner hereby declares that his Sentence and/or Conviction is "otherwise subject to collateral attack" due to the Court's failure to comply with the Petitioner's Fifth Amendment Right to DUE PROCESS of Law, which is a FUNDAMENTAL defect inherently resulting in a complete MISCARRIAGE of JUSTICE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Because the Trial Court has so far departed from the accepted and usual course of Judicial Proceedings, incarcerated the Petitioner who is FACTUALLY INNOCENT of the charged offense, TO WIT they have:

1) Failed to comply with the Criminal Justice Act by denying the Petitioner adequate representation to include EFFECTIVE COUNSEL and INVESTIGATORS.
2) failed to require that the Petitioner be provided a Plea Agreement that could be read and understood by the Petitioner.
3) Failed to determine whether or not a factual basis existed to support a Guilty Plea. Determining that the Petitioner being ordered by a Drug Lord to pilot a boat to ensure the future of his family is a far cry from a factual basis for a Conspiracy to Distribute (Agreement) a Controlled Substance.
4) Failed to ensure that the Plea was voluntarily entered into rather than just a rendition of REHERSED ANWSERS provided by Defense Counsel. The record CLEARLY REFLECTS that the Petitioner did not describe his conduct to any extent, but only responded by "Yes your Honor" and "No, your Honor" as prompted by Counsel.
5) Failed to determine that the Petitioner understood what the Trial Waivers contained and/or implied by a Plea Agreement that the Petitioner could not read or independently understand. The Court did not explain the difference between the Standard of Proof required at Trial vs. the Standard of Proof required at Plea Hearing, and/or Acceptance of Plea (factual basis).
6) Failed to determine that the Petitioner was infact pleading guilty to the charged offense by making known to him ALL ESSENTIAL ELEMENTS as they relate

## GROUND TWO (a) Continued
to FACT as well as LAW.

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:
Appellate Counsel; did not raise this issue nor did he Consult with the Movant prior to appeal

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☐   N/A

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☐   N/A

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐   No ☐   N/A

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

All grounds raised herein are being raised for the first time. ALL Defense Lawyers have thus far refused to raise any meaningful issues in any and all proceedings, thereby being INEFFECTIVE

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:
    (a) At the preliminary hearing:
    Joannie Plaza-Martinez
    (b) At the arraignment and plea:
    Joannie Plaza-Martinez
    (c) At the trial:
    N/A
    (d) At sentencing:
    Joannie Plaza-Martinez
    (e) On appeal:
    Rafael F. Castro
    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐  No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
    N/A

    (b) Give the date the other sentence was imposed: N/A
    (c) Give the length of the other sentence: N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    This Motion is Timely under the provisions of 28 U.S.C. § 2255

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Issue a Writ of Habeas Corpus to have Petitioner brought before it to the end that he may be discharged from his unconstitutional confinement and restraint

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  3-9-16 
(month, date, year)

Executed (signed) on  3-9-16  (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.