UNITED STATES DISTRICT COURT
IN THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LEURY MENDEZ-MATOS, Petitioner | CIVIL CASE NO.: |
| vs. | CRIMINAL CASE NO.: 3:13-cr-859-JAF |
| UNITED STATES OF AMERICA, Respondent | |

## PETITIONER'S NOTICE OF DISMISSAL OF HIS 28 U.S.C. § 2255 MOTION

COMES NOW the Petitioner, LEURY MENDEZ-MATOS in PRO-SE, in necessity, and hereby files this [his] NOTICE of DISMISSAL of his § 2255 motion, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

WHEREFORE NOW, the Petitioner respectfully requests that this Court accept this [The Petitioner's] NOTICE of DISMISSING this action.

Done This 5th Day of July, 2016.

Respectfully Submitted,

*/s/ Leury Mendez-Matos*

Leury Mendez-Matos, PRO-SE
Reg #23504-069
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a True and Correct copy of this foregoing instrument has been deposited into Oakdale Federal Correctional Institution Prison mailing system, as made available to inmates for legal mail, with properly addressed, U.S. first-class postage prepaid affixed thereto, the the Clerk of this Court. The Petitioner further requests that a copy of this [his] motion be forwarded to all interested parties via the CM/ECF system as he is detained, indigent, and has no other means.

The undersigned hereby executes this Certificate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on This 5th Day of July, 2016.

Respectfully Submitted,

*Leury Mendez-Matos*

Leury Mendez-Matos, PRO-SE
Reg #23504-069
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA. 71463